# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2153
Lower Tribunal No. 22-8896-CA-01
_____

**Pierre Seneque, et al.,**
Appellant,

vs.

**Florida Peninsula Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez, for appellant.

Salehi, Boyer, Lavigne, Lombana, P.A., and Oscar Lombana, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Tillman v. State</u>, 471 So. 2d 32 (Fla. 1985) (" In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved.") and <u>Peterson v. Lake Surprise II Condo. Assoc.</u>, 118 So. 3d 313 (Fla. 3d DCA 2013) (" A conscious decision not to comply with the requirements of the law cannot be "excusable neglect" under the rule or any other equivalent requirement.").